SCANNED AT CCI and E-Mailed to USDC OHSD on 12/17, 2018 by C.Pummill
No. of Pgs. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFREY D. CARLER,
    Petitioner,

vs.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION
    Respondent,

CASE No. 1:18-cv-839

DLOTT, J.

LITKOVITZ, MJ

*Granted. Karen L. Litkovitz 12/18/18*

## PETITIONER'S MOTION FOR LEAVE OF EXTENTION OF TIME

This is a motion for leave of the extended thirty (30) days time period in which to make the full $5.00 dollar payment of filing fee as a result of Petitioner motion for leave to proceed in forma pauperis has been Denied on December 6, 2018. pursuant to Petitioner's certificate of inmate trust fund account revealing that as of November 15, 2018, he had $25.00 dollars on account to his credit with average monthly deposits of $34.35. The Court is requested to take notice that his next state pay from the institutional job assignment will not be available until (1/10/2019), at which time Petitioner will be able to forward full payment of filing fee to the court.

The Petitioner had no way of knowing what the certificate of inmate trust fund expressed as it was e-mailed to the law library and immediately faxed to the court. by prison staff.

For the reason set forth the Petitioner request that the court grant Petitioner leave of the extended thirty days which would be January 6, 2019, a Sunday, and the prison law librarian is not available, nor other staff.

Respectfully Submitted,

Jeffrey D. Carlier
#A722-682, C.C.I.
P.O. Box 5500
Chillicothe, Ohio 45601
**Petitioner Pro Se**