# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CIVIL ACTION NO. 1:18-cv-839(WOB-KLL)**

**JEFFREY D. CARLIER**                                            **PETITIONER**

VS.                             **JUDGMENT**

**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION**                          **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 10), and no objections having been filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 10) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that respondent's motion to dismiss (Doc. 9) be, and it hereby is, **GRANTED.** That petitioner's petition for a writ of habeas corpus be, and it hereby is, **DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d). A certificate of appealability shall not issue with respect to any of the claims for relief alleged in the petition, which the Court has concluded are barred from review on a procedural ground. Pursuant to 28 U.S.C. §

1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 22nd day of January, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge